■ In the Matter of STUART M. COOK, an Attorney, Resignor. [29 NYS3d 226]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Apr. 18, 2016.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMANUEL JOHNSON, Appellant. [29 NYS3d 223]—Motion for reargument denied. Present—Smith, J.P., Centra, Lindley, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE A. DIGGS, Appellant. [29 NYS3d 224]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Peradotto, Troutman and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRIEN WILLIAMS, Appellant. [29 NYS3d 224]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN S. PAULK, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN S. PAULK, Appellant. (Appeal No. 2.) [32 NYS3d 522]—Motion for writ of error coram nobis denied. Present—Peradotto, J.P., Lindley, Curran, NeMoyer and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW T. SPEARS, Appellant. [29 NYS3d 224]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Centra, Carni, DeJoseph and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD C. MIRABELLA, Appellant. [29 NYS3d 224]—Motion for reargument denied. Present—Whalen, P.J., Centra, Peradotto, Lindley and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HARRIS, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HARRIS, Appellant. (Appeal No. 2.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HARRIS, Appellant. (Appeal No. 3.) [29 NYS3d 225]—Motion for writ of error coram nobis denied. Present— Whalen, P.J., Carni, Lindley, DeJoseph and Scudder, JJ.